UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

Justin Lee Douglas,
    Plaintiff,

V.                    Case No. 18-CV-844

John Doe(I), et al.,
    Defendants.

## "MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT"

Plaintiff, Justin Lee Douglas, pursuant to Rule 15(a), Fed. R. Civ. P., requests leave to file an amended complaint adding a party.

#1. The plaintiff in his original complaint named several John and Jane Doe Defendants.

#2. Since the filing of the complaint the plaintiff has determined that the name of Jane Doe(I), Nurse Practitioner is Shelby Depass. In the proposed amended complaint, paragraphs 6, 27, 45 of the allegations are amended to reflect the identity and actions of Shelby Depass.

#3. Since the filing of the complaint the plaintiff has determined that the name of John Doe(II), Registered Nurse is Tyler Rich. In the proposed amended complaint, paragraphs 7, 27 and 45 of the allegations are amended to reflect the identity and the actions of Tyler Rich.

#4. Since the filing of the complaint the plaintiff has determined that the name of Jane Doe(II), Registered Nurses is Mary Benotsch. In the proposed amended complaint, paragraphs 8, and 36 of the allegations are amended to reflect the identity and the actions of Mary Benotsch.

#5. Since the filing of the complaint the plaintiff has determined that the name of Jane Doe (I), Registered Nurse's is Lisa. In the proposed amended complaint, paragraphs 8 and 36 of the allegations are amended to reflect the identity and the actions of Lisa.

#6. This Court should grant leave freely to amend a complaint. Foman v. Davis, 371, 178, 182, 83 S.Ct. 227 (1962); Williams v. Cargill, Inc., 159 F.Supp.2d 984 997-98 (S.D. Ohio 2001).

Dated this 3rd day of March, 2019

Respectfully Submitted,

*Justin Lee Douglas*

Justin Lee Douglas #322852
C.C.I. – P.O. Box 900
Portage, WI 53901-0900